Jon M. Sands
Federal Public Defender
District of Arizona
Dale A. Baich (OH Bar No. 0025070)
Sarah Stone (AZ Bar No. 022713)
Assistant Federal Public Defenders
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
dale_baich@fd.org
sarah_stone@fd.org
602.382.2816
602.889.3960 facsimile

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Clarence Wayne Dixon, | CV-14-258-PHX-NVW |
| Petitioner, | DEATH-PENALTY CASE |
| vs. | |
| Charles L. Ryan, et al., | **Notice of Appearance of Counsel** |
| Respondents. | |

On February 14, 2014, the Court appointed the Office of the Federal Public Defender to represent Petitioner Clarence Wayne Dixon in his federal habeas corpus proceedings. (Dist. Ct. Doc. No. 6.) Pursuant to this Court's order, Dale A. Baich, Supervising Attorney, from the Office of the Federal Public Defender, hereby gives notice to the Court and the parties that Sarah Stone, will appear as lead counsel on behalf of the petitioner in this matter.

Respectfully submitted this 20th day of February, 2014.

        Jon M. Sands
        Federal Public Defender
        Dale A. Baich
        Sarah Stone
        Assistant Federal Public Defenders

        s/ Dale A. Baich
        Counsel for Petitioner-Appellant

**Certificate of Service**

I hereby certify that on February 20, 2014, I electronically filed the foregoing Notice of Appearance with the Clerk's Office by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Jeffrey Zick
Assistant Attorney General
Office of the Arizona Attorney General
1275 W. Washington
Phoenix, Arizona 85007-2997


By s/ Robin Stoltze
Legal Assistant
Capital Habeas Unit