Jon M. Sands
Federal Public Defender
District of Arizona
Amanda C. Bass (AL Bar No. 1008H16R)
Cary Sandman (AZ Bar No. 004779)
Assistant Federal Public Defenders
850 West Adams Street, Suite 201
Phoenix, Arizona 85007
amanda_bass@fd.org
cary_sandman@fd.org
602.382.2734 Telephone
602.382.2800 Facsimile

*Counsel for Petitioner*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Clarence Wayne Dixon,<br><br>        Petitioner,<br><br>vs.<br><br>David Shinn, et al.,<br><br>        Respondents. | No. CV-14-258-PHX-DJH<br><br>DEATH-PENALTY CASE<br><br>**Stipulation for Order Allowing Visit for Blood Draw of Petitioner**<br><br>**(Expedited Ruling Requested)** |

    Clarence Wayne Dixon, through undersigned counsel, respectfully requests that the Court issue an order directing the Arizona Department of Corrections, Rehabilitation and Reentry ("ADCRR") to allow for a confidential in-person visit between Mr. Dixon and Kaila Ford, a licensed phlebotomist. Ms. Ford has indicated that an in-person visit is necessary for her to draw blood in connection with Mr. Dixon's clemency and end-stage proceedings.[1]

---

[1] On January 5, 2022, the State of Arizona moved the Arizona Supreme Court to set a briefing schedule on its anticipated motion for a warrant of execution for

ADCRR has informed Mr. Dixon's counsel that a court order is required to schedule an in-person visit between Mr. Dixon and Ms. Ford.

Counsel for Mr. Dixon and ADCRR have agreed to terms and conditions for the visit between Mr. Dixon and Ms. Ford. Those terms and conditions are listed in the attached proposed order. Counsel further agree and stipulate that the Court should issue the proposed order.

Respectfully submitted this 7th day of February, 2022.

| | |
|---|---|
| Jon M. Sands<br>Federal Public Defender | Michael Gottfried[2]<br>Assistant Attorney General<br>Arizona Attorney General's Office |
| Amanda C. Bass<br>Cary Sandman<br>Assistant Federal Public Defenders | |
| By: s/ Amanda C. Bass<br>Counsel for Petitioner | By: s/ Michael Gottfried<br>Counsel for ADCRR |

---

Mr. Dixon. *See* Motion to Set Briefing Schedule for Motion for Warrant of Execution, *State of Arizona v. Clarence Wayne Dixon*, No. CR–08–0025–AP (Ariz. Jan. 5, 2022). As of January 26, 2022, that motion has been fully briefed.

[2] Mr. Gottfried is appearing specially and for the limited purpose of representing the interests of ADCRR. Mr. Gottfried reviewed the Stipulation for Order Allowing Confidential In-Person Visit and the Proposed Order. Mr. Gottfried then authorized counsel for Mr. Dixon to sign the document for Respondents.

**Certificate of Service**

I hereby certify that on February 7, 2022, I electronically filed the foregoing Stipulation for Order Allowing Visit for Blood Draw of Petitioner with the Clerk's Office using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I also certify that on February 7, 2022, I served the following recipients by emailing mailing a copy of the Stipulation for Order Allowing Visit for Blood Draw of Petitioner and Proposed Order to:

Michael Gottfried
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona  85004-2926

Jeffrey Sparks
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-2926

Loresa Purden
ADCRR Inmate Legal Access Monitor
1601 West Jefferson Street
Phoenix, Arizona 85007

s/ Jessica Golightly
Assistant Paralegal
Capital Habeas Unit