WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Clarence Wayne Dixon,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>David Shinn, et al.,<br><br>　　　　　Defendants. | No. CV-14-00258-PHX-DJH<br><br>**ORDER**<br><br><u>DEATH PENALTY CASE</u><br><br>**<u>Execution Scheduled For:<br>May 11, 2022, at 10:00 a.m.</u>** |

　　　Petitioner Clarence Wayne Dixon, a state prisoner under sentence of death, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, based upon *Ford v. Wainwright*, 477 U.S. 399 (1986) (Doc. 86) and a Motion to Stay his Pending Execution (Doc. 87).

　　　Because Dixon's execution is scheduled to take place in less than 48 hours, the Court finds good cause to order expedited and abbreviated briefing on the motion. The Court will consider whether to grant Defendant's request for oral argument as it reviews the briefing. Accordingly,

　　　**IT IS ORDERED** that Respondents shall file a response to the Petition for Writ of Habeas Corpus and Motion to Stay Execution no later than 6:00 p.m. on Monday, May 9, 2022. Due to the expedited nature of the request, the Court will not permit a reply.

　　　Dated this 9th day of May, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Diane J. Humetewa
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge